**Roberta S. Savage**
**Attorney at Law**
**221 G Street, Suite 207**                          tel: (530) 753-4497
**Davis, CA 95616**                                   fax: (530) 753-4498

December 15, 2005

Magistrate Bernard Zimmerman
United States District Court
    for Northern District of California
450 Golden Gate Ave
15th Floor
San Francisco, CA 94102

Re:    <u>J.L. v. San Francisco Unified School District</u>: Case 05-02750 SI
       Notice of Settlement & Request to Vacate Settlement Conference

Dear Magistrate Zimmerman,

    On December 12, 2005, the parties to the above-entitled matter engaged in a mediation through the California Special Education Hearing Office in order to resolve the above-entitled dispute, as well as, a special education administrative hearing that was filed by Defendant. The parties reached an agreement that would dispose of this matter and the special education administrative hearing. The settlement agreement requires the approval of Defendant's Board of Education. Such approval cannot occur until January 2006.

    On December 14, 2005, a notice of settlement conference was issued by this Court scheduling the settlement conference for December 20, 2005.

    Plaintiff respectfully requests that the currently scheduled settlement conference be vacated, as the parties have entered into an agreement that would dispose of this matter.

Very truly yours,
Roberta S. Savage
    *Digitally signed by Roberta S. Savage*
    *DN: CN = Roberta S. Savage, C = US, O = Roberta S. Savage, Attorney at Law*
    *Date: 2005.12.15 13:32:27 -08'00'*
Roberta S. Savage
counsel for Plaintiff

cc:    Lenore Silverman & Lisa Mori, counsel for SFUSD clients

The settlement conference scheduled for Dec. 20, 2005 is VACATED.



GRANTED
12/16/2005
Judge Bernard Zimmerman