ROBERTA S. SAVAGE (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
Tel. (530) 753-4497
Fax (530) 753-4498

Attorney for Plaintiff

LENORE SILVERMAN (SBN 146112)
ELIZABETH B. MORI (SBN 178688)
SCHOOL & COLLEGE LEGAL SERVICES OF CALIFORNIA
1111 Las Gallinas
San Rafael, CA 94903
Tel. (415) 491-2260
Fax (415) 491-2263

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L., a minor, by and through R.H., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: No. C 05-02750 SI<br><br>STIPULATION AND [PROPOSED] ORDER |

The parties to this action hereby stipulate as follows:

1. Petitioners promise and agree that they shall not make any assertions on behalf of J.L. and/or his parents in any administrative action or other proceeding under law, that the pendency of United States District Court – Northern District of California Case No. C 05-02750 SI, including any subsequent appeals of any judgment entered in such matter, shall have the

///

///

legal effect of or otherwise require a stay or delay in any such administrative or other proceedings involving the Defendant, San Francisco Unified School District, concerning J.L.'s educational placement for the 2005-2006 school year.

2. Counsel for Petitioner represents and warrants that she has the express authority on behalf of J.L. and his parents to enter into this stipulation on their behalf and that they agree to be bound by the terms of this stipulation.

IT IS SO STIPULATED.

ROBERTA S. SAVAGE
Attorney for Plaintiff

Dated: December 7, 2005   By: /s/ Roberta S. Savage
                              Roberta S. Savage

SCHOOL & COLLEGE LEGAL
SERVICES OF CALIFORNIA
Attorney for Defendant

Dated: December 8, 2005   By: /s/ Lenore S. Silverman
                              Lenore S. Silverman

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December ___, 2005



IT IS SO ORDERED
Judge Susan Illston

STIPULATION – C 05-02750 SI
- 2 -